**D. P. OSTERLING, Appellants, v. COMMON-WEALTH TRUST CO. OF PITTS-BURGH et al., Appellees.**

**No. 7440.**

Circuit Court of Appeals, Third Circuit.

Oct. 25, 1940.

George F. Blewett, of Philadelphia, Pa., and J. D. Stedefort, of Pittsburgh, Pa., for appellant.

Samuel W. Pringle and Bruce R. Martin, both of Pittsburgh, Pa., for appellees.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The orders of the court below, each dated March 26, 1940, respectively quashing the service of summons upon John H. Axtell and dismissing the complaint, are affirmed upon the opinion of Judge Gibson, D.C., 35 F.Supp. 704.